UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PURSE SEINE HOLDINGS, LLC, : <br> : <br> : <br> Plaintiff, : <br> v. : <br> : <br> STARKIST, CO., : <br> : <br> Defendant. : | C.A. No.   17-cv-11186-RGS |

## STIPULATION OF DISMISSAL

The parties to this action, through their undersigned counsel, hereby stipulate and agree that all claims and counterclaims asserted in this action between Plaintiff and Defendant are hereby dismissed with prejudice, no costs, and no attorneys' fees to either party.  All rights of appeal waived.

| PURSE SEINE HOLDINGS, LLC | STARKIST, CO. |
|---|---|
| By Its Attorneys, | By Its Attorneys, |
| */s/ Craig M. Scott* <br> Craig M. Scott, Esq. (# 556210) <br> Hinckley, Allen & Snyder LLP <br> 100 Westminster Street <br> Suite 1500 <br> Providence, RI   02903 <br> (401) 274-2000 Phone <br> (401) 277-9600 Fax <br> cscott@hinckleyallen.com | */s/ Timothy P. Ryan* <br> Timothy P. Ryan (*pro hac vice*) <br> David V. Radack (*pro hac vice*) <br> Amy J. Roy (*pro hac vice*) <br> 600 Grant Street, 44th Floor <br> Pittsburgh, PA 15219 <br> (412) 566-6000 (telephone) <br> (412) 566-6099 (facsimile) <br> tryan@eckertseamans.com <br> dradack@eckertseamans.com <br> aroy@eckertseamans.com <br> <br> Anthony M. Moccia (BBO #350225) <br> Two International Place, 16th Floor <br> Boston, MA 02110 <br> (617) 342-6828 (telephone) <br> (617) 342-6899 (facsimile) <br> amoccia@eckertseamans.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system on August 2, 2018, and will be sent electronically to the registered participants identified on the Notice of Electronic Filing.

                                                    /s/ *Craig M. Scott*